**United States District Court**
For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    IAN MOURA,                                    No. C 17-02475 JSW

10              Plaintiff,

11        v.
                                                   **JUDGMENT**
12   KAISER FOUNDATION HEALTH PLAN,
     INC.,
13
                Defendant.
14   _____/

15

16        Pursuant to the Court's Order granting Defendant's motion for summary judgment, it is

17   HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and

18   against Plaintiff.

19

20        **IT IS SO ORDERED.**

21   Dated:    January 11, 2019                    _____
                                                   JEFFREY S. WHITE
22                                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28