| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | BILL OF COSTS Please follow the instructions on page 3 when completing this form. | | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐    No ☐ |
|---|---|---|---|
| 1. CASE NAME Ian Moura v. Kaiser Foundation Health Plan, Inc. | 2. CASE NUMBER 17-CV-02475 JSW | 3. DATE JUDGMENT ENTERED January 11, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Ian Moura |
| 5. NAME OF CLAIMING PARTY Kaiser Foundation Health Plan, Inc. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Joseph E. Laska, Manatt, Phelps & Phillips, LLP Sarah E. Gettings, Manatt, Phelps & Phillips, LLP | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE jlaska@manat.com; (415) 291-7400 sgettings@manatt.com; (310) 312-4000 |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                    (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $13.50 | Invoice for the Case Management Conference Hearing transcript dated 6/18/18 | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $1,963.90 | Invoices from Veritext re deposition transcripts of Dr. Rau, Dr. Buttlaire, Dr. Balan, Dr. Hazlett. | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $239.20 | Invoices from Veritext re deposition exhibits of Dr. Rau, Dr. Buttlaire, Dr. Balan, Dr. Hazlett. | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $2,216.60 | | $ 0.00 | $ 0.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party:
SIGNATURE: _(signed)_   DATE: 1-25-19

**11.** Costs are taxed in the amount of _____ and included in the judgment.
Susan Y. Soong
Clerk of Court

BY: _____, Deputy Clerk   DATE:

***WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)**

| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL WITNESS FEES/EXPENSES** | | | | | | | $ 0.00 |

**Veritext, LLC**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Sarah Gettings<br>Manatt Phelps & Phillips LLP<br>11355 West Olympic Blvd<br>Suite 425<br>Los Angeles, CA, 90064-1656 | Invoice #: | CA3530519 |
|---|---|---|---|
| | | Invoice Date: | 10/30/2018 |
| | | Balance Due: | $316.25 |

| Case: | Moura, Ian v. Kaiser Foundation Health Plan, Inc., Et Al |
|---|---|
| Job #: | 2984756 | Job Date: 10/3/2018 | Delivery: Normal |
| Billing Atty: | Sarah Gettings |
| Location: | Kantor & Kantor, LLP<br>1050 Marine Village Pkwy | Suite 105<br>Alameda, CA 94501 |
| Sched Atty: | Lisa Kantor | Kantor & Kantor, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Evelyn Hazlett, M.D. | Video - Transcript Synchronization | Per hour | 2.25 | $125.00 | $281.25 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 | $35.00 |

Notes: APPROVED
Sarah Gettings
Sarah Gettings
45733-070
COSTS

| | |
|---|---|
| Invoice Total: | $316.25 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $316.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

42772

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CA3530519 |
|---|---|
| Job #: | 2984756 |
| Invoice Date: | 10/30/2018 |
| Balance: | $316.25 |

**Veritext, LLC**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Sarah Gettings<br>Manatt Phelps & Phillips LLP<br>11355 W. Olympic Boulevard<br>Los Angeles, CA, 90064 | | Invoice #: | CA3526499 |
|---|---|---|---|---|
| | | | Invoice Date: | 10/26/2018 |
| | | | Balance Due: | $642.40 |

| Case: | Moura, Ian v. Kaiser Foundation Health Plan, Inc., Et Al |
|---|---|
| Job #: | 2984756 | Job Date: 10/3/2018 | Delivery: Normal |
| Billing Atty: | Sarah Gettings |
| Location: | Kantor & Kantor, LLP |
| | 1050 Marine Village Pkwy | Suite 105<br>Alameda, CA 94501 |
| Sched Atty: | Lisa Kantor | Kantor & Kantor, LLP |

*Deposition of Dr. Hazlett*

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Evelyn Hazlett, M.D. | Certified Transcript | Page | 109.00 | $3.65 | $397.85 |
| | Exhibits | Per Page | 87.00 | $0.65 | $56.55 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $58.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

Notes: APPROVED Joe Laska   45733-070 costs

| | |
|---|---|
| Invoice Total: | $642.40 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $642.40 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | CA3526499 |
|---|---|---|---|
| | | Job #: | 2984756 |
| | | Invoice Date: | 10/26/2018 |
| | | Balance: | $642.40 |

42772

**Veritext, LLC**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Sarah Gettings<br>Manatt Phelps & Phillips LLP<br>11355 West Olympic Blvd<br>Suite 425<br>Los Angeles, CA, 90064-1656 | | Invoice #:<br>Invoice Date:<br>Balance Due: | CA3505762<br>10/9/2018<br>$1,152.00 |
|---|---|---|---|---|

| Case: | Moura, Ian v. Kaiser Foundation Health Plan, Inc., Et Al |
|---|---|
| Job #: | 2983977 | Job Date: 10/2/2018 | Delivery: Normal |
| Billing Atty: | Sarah Gettings |
| Location: | Kaiser Santa Clara Medical Center |
| | Florida Conference Room | 19000 Homestead Road Cupertino, CA 95014 |
| Sched Atty: | Lisa Kantor | Kantor & Kantor, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dr. Smitha Rau | Certified Transcript | Page | 239.00 | $3.65 | $872.35 |
| | Exhibits | Per Page | 141.00 | $0.65 | $91.65 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $58.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | Invoice Total: | $1,152.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,152.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*APPROVED*
*Gregory Pinstone*

45733-07
costs

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CA3505762 |
|---|---|
| Job #: | 2983977 |
| Invoice Date: | 10/9/2018 |
| Balance: | $1,152.00 |

42772

# Manatt Check Request
## Client Chargeable

| | |
|---|---|
| To: | Accounting |
| From: | Kay Kane |
| Date: | August 14, 2018 |

Client Name: **Kaiser Foundation Health Plan, Inc.**

Case Name: *Ian Moura v. Kaiser Foundation Health Plan, Inc.*

Client Charge Number: (Required)   45733-070

Attorney/Paralegal:   Kay Kane

Attorney Number: (Required)   3879          Office Location:   SF

Explanation: (Required)   Fees for 6/8/18 Transcript of CMC Hearing (see attached)

| | | | |
|---|---|---|---|
| Payable To: | Raynee H. Mercado<br>5100 B-1 Clayton Road, #403<br>Concord, CA  94521-3139 | Amount: | $13.50 |
| Return Check To: | Bridgette Miller-Phillips | Extension: | 7531 |
| Date Check Needed: | August 14, 2018 | Time: | 10:00 am |

Special Instructions:   **INVOICE NO.: 20180261**

Requestor's Signature:  *K Kane*                Date:   August 14, 2018

Approved by: _____          Date: _____

320685204.1

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern California

INVOICE NO.: 20180261

Ketakee R. Kane
Manatt Phelps & Phillips LLP (SF)
One Embarcadero Center, 30th Fl.
San Francisco, CA 94111
(415) 291-7400
kkane@manatt.com

**MAKE CHECKS PAYABLE TO:**
Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR
Certified Shorthand Reporter
5100 B-1 Clayton Road #403
Concord, CA 94521-3139
(510) 502-6175
cacsr8258@gmail.com

_ CRIMINAL    X CIVIL    DATE ORDERED: 07-19-2018    DATE DELIVERED: 08-07-2018

In the matter of: C17-02475JSW, Moura v Kaiser Foundation Health Plan Inc.
6/8/18 CMC hearing tx - pgs 1-9, 9 pages, .pdf and cond/index by email

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | 9 | 0.90 | 8.10 | 9 | 0.60 | 5.40 | 13.50 |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 13.50 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | **13.50** |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Raynee H. Mercado    DATE:

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR