UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| I. M., on behalf of himself and all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>        Defendant - Appellee. | No. 19-16374<br><br>D.C. No. 4:17-cv-02475-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

    The judgment of this Court, entered December 22, 2020, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                  FOR THE COURT:

                                  MOLLY C. DWYER
                                  CLERK OF COURT

                                  By: Quy Le
                                  Deputy Clerk
                                  Ninth Circuit Rule 27-7